| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| **1. Person Reporting** (last name, first, middle initial)<br><br>RAGGI, REENA | **2. Court or Organization**<br><br>U.S. COURT OF APPEALS, 2ND CIR | **3. Date of Report**<br><br>05/05/2020 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>UNITED STATES CIRCUIT JUDGE | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>U.S. COURTHOUSE<br>225 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | ACADEMY OF THE HOLY ANGELS SCHOOL, DEMAREST, NEW JERSEY |
| 2. | TRUSTEE | WILLIAM NELSON CROMWELL FOUNDATION, NEW YORK, NEW YORK |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RAGGI, REENA** | 05/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | NEW YORK UNIVERSITY LAW SCHOOL - SALARY | $30,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | SEYFARTH SHAW LLP LAW OFFICE W-2 |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | FEDERAL BAR COUNCIL | FEBRUARY 18 - 22, 2019 | MAUI, HI | ACTIVITY OF PROFESSIONAL ASSOC OR CIVIC ORGANIZATIONS | TRANSPORTATION, MEALS, LODGING |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RAGGI, REENA** | 05/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. CITIBANK PREFERRED MONEY MARKET ACCOUNT(MMP)-SAVINGS PLUS | A | Interest | | | Closed | 06/30/19 | L | | |
| 2. CITIBANK CHECKING ACCOUNT | A | Interest | O | T | | | | | |
| 3. CITI PERSONAL WEALTH MANAGEMENT ▨ | | | | | | | | | |
| 4. -BARCLAYS BK DEL RETAIL CTF DEP 3A2 2.70% 12/19/19 | A | Interest | | | Redeemed | 12/19/19 | L | | |
| 5. -BARCLAYS BK DEL RETAIL CTF DEP 3A2 3.050% 12/21/20 | C | Interest | M | T | | | | | |
| 6. -GOLDMAN SACHS BK USA NEW YORK CTF DEP ACT/365 2.40% 06/19/19 | B | Interest | M | T | Buy | 06/19/19 | M | | |
| 7. CITI PERSONAL WEALTH RETIREMENT PLANS-IRA ▨ ▨ | | | | | | | | | |
| 8. -COCA COLA ENTERPRISE INC NOTES-ZERO CPN CORPORATE BONDS | B | Interest | M | T | | | | | |
| 9. -PUTNAM SHORT DURATION BOND FUND CLASS A | D | Interest | O | T | Buy | 07/01/19 | O | | |
| 10. -CASH ACCOUNT-CITIBANK BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 11. CHARLES ACHWAB-CONTRIBUTORY IRA-HIGHTOWER ADVISORS LLC | | | | | | | | | |
| 12. -CASH ACCOUNT | A | Interest | J | T | | | | | |
| 13. -ISHARES BARCLAYS 1-3 YEARS CRED SHORT TERM BOND FUND | B | Dividend | L | T | | | | | |
| 14. -VANGUARD BOND INDEX FUND | C | Dividend | L | T | | | | | |
| 15. -CALVERT SHORT DURATION INC A MUTUAL FUNDS | B | Dividend | L | T | | | | | |
| 16. -DELAWARE LTD-TERM DIVERS INC A MUTUAL FUNDS | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17.   -PIMCO TOTAL RETURN A MUTUAL FUNDS | B | Dividend | L | T | | | | | |
| 18.   -VIRTUS MULTI-SECTOR S/T BD A MUTUAL FUNDS | C | Dividend | L | T | | | | | |
| 19.   -TEMPLETON GLOBAL BD FD A | B | Dividend | K | T | | | | | |
| 20.   -TEMPLETON GLOBAL TOTAL RET A | B | Dividend | K | T | | | | | |
| 21.   -GUGGENHEIM S&P 500 EQUAL EFT | B | Dividend | L | T | | | | | |
| 22.   CHARLES SCHWAB-HIGHTOWER SECURITIES, LLC | | | | | | | | | |
| 23.   -FIDELITY GOVT MMKT CAPITAL RESERVES | A | Dividend | K | T | | | | | |
| 24.   -FIEDELITY NY MUNI MONEY MARKET | A | Dividend | N | T | Buy | 07/29/19 | N | | |
| 25.   -GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 26.   -PFIZER INC | B | Dividend | K | T | | | | | |
| 27.   -ALBANY NY INDL DEV AGY CIVIC FAC REV-MUNICIPAL BOND | B | Interest | | | Redeemed | 05/01/19 | K | | |
| 28.   -METROPOLITAN TRANSN AUTH N Y REV FOR-11/15/2026 | B | Int./Div. | K | T | | | | | |
| 29.   -ALBANY N Y INDL DEV AGY CIVIC REV-MUNICIPAL BOND | B | Interest | | | Redeemed | 05/01/19 | K | | |
| 30.   -METROPOLITAN TRANSN AUTH N Y REV FOR-11/15/2023 | B | Interest | L | T | | | | | |
| 31.   -METROPOLITAN TRANSN AUTH NY REV TRANS-11/15/2028 | B | Interest | K | T | | | | | |
| 32.   -NEW YORK ST TWY AUTH GEN REV GEN REV-01/01/2023 | B | Interest | K | T | | | | | |
| 33.   -NEW YORK N Y GO BDS SER B 4.00% 08/01/2022 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -NEW YORK ST TWY AUTH ST PERS INCOME TAX 3.125 03/15/2025 | B | Interest | L | T | | | | | |
| 35. -NEW YORK ST DORM AUTH REVS NON ST 3.00% 07/01/2028 | B | Interest | L | T | | | | | |
| 36. -NEW YORK NY CITY MUN WTR FIN AUTH WTR 4.125% 06/15/2024 | B | Interest | | | Redeemed | 07/02/19 | K | A | |
| 37. -ALBANY CNTY N Y ARPT AUTH ARPT REV REV 3.00% 12/15/2028 | B | Interest | L | T | | | | | |
| 38. -MONROE CNTY N Y PUB IMPT SERIAL BDS 3.00% 06/01/2029 | B | Interest | L | T | | | | | |
| 39. -METROPOLITAN TRANSN AUTH N Y DEDICATED 11/15/2030 | A | Interest | K | T | | | | | |
| 40. -TRIBOROUGH BRDG & TUNL AUTH N Y REVS 11/15/2030 | A | Interest | K | T | | | | | |
| 41. -NEW YORK N Y CITY TRANSITIONAL FIN 5.00% 05/01/2034 | B | Interest | K | T | | | | | |
| 42. -METROPOLITAN TRANSN AUTH N Y REV REF 4.00% 11/15/20345 | B | Interest | L | T | | | | | |
| 43. -HUDSON YDS INFRASTRUCTURE CIRO 5.00% 02/15/2037 | B | Interest | L | T | | | | | |
| 44. -CALVERT SHORT DURATION INC CL A-MUTUAL FUNDS | B | Dividend | L | T | | | | | |
| 45. -INVESCO OPPENHEIMER ROCHESTER LMTD TM NY C-MUTUAL FUND | C | Dividend | L | T | | | | | |
| 46. -MAINSTAY HIGH YIELD CORP CLASS C-MUTUAL FUND | C | Dividend | L | T | | | | | |
| 47. -PRUDENTIAL PGIM SHORT-TERM CORP BOND CL A-MUTUAL FUND | B | Dividend | K | T | | | | | |
| 48. -PRUDENTIAL PGIM SHORT-TERM CORP BOND CL C-MUTUAL FUND | A | Dividend | K | T | | | | | |
| 49. -VIRTUS NEWFLEET LOW DUR CORE PLUS BD A-MUTUAL FUND | A | Dividend | J | T | | | | | |
| 50. -VIRTUS NEWFLEET LOW DUR CORE PLUS BD C-MUTUAL FUND | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51.   -VIRTUS NEWFLEET MLT SECTOR SH TERM BD A-MUTUAL FUND | B | Dividend | L | T | | | | | |
| 52.   -VIRTUS NEWFLEET MLT SECTOR SH TERM BD C1-MUTUAL FUND | B | Dividend | K | T | | | | | |
| 53.   -WELLS FARGO SHORT TERM MUNI BD A-MUTUAL FUND | A | Dividend | L | T | | | | | |
| 54.   -WELLS FARGO SHORT TERM MUNI BOND FUND C-MUTUAL FUND | A | Dividend | K | T | | | | | |
| 55.   CHARLES SCHWAB ONE ACCOUNT | A | Interest | L | T | | | | | |
| 56.   CHARLES SCHWAB-INHERITAD IRA | | | | | | | | | |
| 57.   -FIDELITY PURITAN FUND | A | Dividend | K | T | Redeemed (part) | 12/11/19 | J | B | |
| 58.   MANUFACTURES AND TRADERS TRUST COMPANY-CERTIFICATE OF DEPOSIT | B | Interest | M | T | | | | | |
| 59.   UBS FINANCIAL SERVICES INC IRA ROLLOVER ▮▮▮ | | | | | | | | | |
| 60.   -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 61.   -ISHARES CORE S&P SMALL-CAP ETF | A | Interest | K | T | | | | | |
| 62.   -ISHARES MSCI EAFE ETF | B | Interest | L | T | Sold (part) | 06/06/19 | J | A | |
| 63.   -ISHARES CORE MSCI EAFE ETF | B | Interest | M | T | | | | | |
| 64.   -ISHARES MSCI EMERGING MARKETS ETF | B | Interest | L | T | Sold (part) | 03/22/19 | J | A | |
| 65.   -VANGUARD VALUE ETF | B | Interest | L | T | Sold (part) | 02/22/19 | J | A | |
| 66.   -VANGUARD MID-CAP ETF | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 67. | -VANGUARD GROWTH ETF | B | Interest | L | T | | | | | |
| 68. | -VANGUARD TOTAL WORLD STK ETF | A | Interest | | | Sold | 02/22/19 | K | A | |
| 69. | -ISHARES IBOXX INVT GRADE CORPORATE BOND ETF | A | Interest | K | T | | | | | |
| 70. | -ISHARES 20 YEAR TREAS BOND ETF | A | Interest | J | T | | | | | |
| 71. | -ISHARES BROAD USD INVT GRADE CORPORATE BOND ETF | B | Interest | L | T | | | | | |
| 72. | -ISHARES JP MORGAN USD EMERGING MARKETS BOND ETF | B | Interest | K | T | Sold (part) | 05/10/19 | K | A | |
| 73. | -ISHARES US TREASURY BOND ETF | A | Interest | | | Sold | 12/17/19 | J | A | |
| 74. | -ISHARES BROAD USD HIGH YIELD BOND ETF | A | Interest | K | T | Buy | 05/01/19 | K | | |
| 75. | -SPDR BLOOMBERG BARCLAYS HIGH YIELD BOND ETF | B | Interest | | | Sold | 05/01/19 | K | A | |
| 76. | -PIMCO ENHANCED SHORT MAT ACTIVE ETF | A | Interest | J | T | Buy | 08/23/19 | J | | |
| 77. | -SCHWAB US TIPS ETF | A | Interest | J | T | Buy | 08/23/19 | J | | |
| 78. | -VANECK VECTORS JP MORGAN EM LOCAL CURRENCY BOND ETF | A | Interest | J | T | | | | | |
| 79. | UBS FINANCIAL SERVICES INC IRA ROLLOVER ▒▒▒▒ | | | | | | | | | |
| 80. | -UBS BANK USA DEP ACCT | A | Interest | K | T | | | | | |
| 81. | -ESCROW LB PAR VALUE | A | Int./Div. | J | T | | | | | |
| 82. | -MAN-AHL DIVERSIFIED I CLASS B | A | Int./Div. | L | T | | | | | |
| 83. | UBS FINANCIAL SERVICES INC TRADITIONAL IRA ▒▒▒▒ | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 84. | -UBS BANK USA DEP ACCT | A | Interest | L | T | | | | | |
| 85. | -INVESCO OPPENHEIMER S&P SMALLCAP 600 REV ETF | A | Int./Div. | K | T | | | | | |
| 86. | -ISHARES CORE S&P SMALL-CAP ETF | A | Int./Div. | K | T | | | | | |
| 87. | -ISHARES GLOBAL ENERGY ETF | A | Int./Div. | J | T | | | | | |
| 88. | -ISHARES CORE MSCI EAFE ETF | C | Int./Div. | L | T | | | | | |
| 89. | -ISHARES CORE MSCI EMERGING MARKETS ETF | B | Int./Div. | L | T | | | | | |
| 90. | -SCHWAB FUNDAMENTAL INTL LARGE CO INDEX EFT | B | Int./Div. | L | T | | | | | |
| 91. | -FIRST EAGLE OVERSEAS FUND CLASS I | A | Int./Div. | L | T | | | | | |
| 92. | -THE GABELLI GOLD FUND INC CLASSI | A | Int./Div. | J | T | | | | | |
| 93. | -VAN ECK GLOBAL HARD ASSETS CL Y | A | Int./Div. | J | T | | | | | |
| 94. | -DOUBLELINE INCOME SOLUTIONS FD | A | Int./Div. | | | Redeemed | 03/31/19 | J | A | |
| 95. | -ISHARES TIPS BOND ETF | A | Int./Div. | | | Redeemed | 03/31/19 | K | A | |
| 96. | -ISHARES SHORT-TERM 1-3 CREDIT CORPORATE BOND ETF | B | Int./Div. | K | T | | | | | |
| 97. | -ISHARES IBONDS DEC 2020 TERM CORPORATE ETF | B | Int./Div. | L | T | | | | | |
| 98. | -ISHARES IBONDS DEC 2019 TERM CORPORATE ETF | B | Int./Div. | | | Redeemed | 12/19/19 | L | A | |
| 99. | -ISHARES IBONDS DEC 2021 TERM CORPORATE ETF | A | Int./Div. | K | T | | | | | |
| 100. | -DOUBLE LINE TOTAL RETURN FUND INSTL | C | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | RAGGI, REENA | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. -DREYFUS INTERNATIONAL BOND FUND CL 1 BNY MELLON INTERNATIONAL | B | Int./Div. | K | T | | | | | |
| 102. -DREYFUS OPPORTUNISTIC FIXED INCOME FUND CLASS 1 | A | Int./Div. | | | Redeemed | 03/31/19 | K | A | |
| 103. -JPMORGAN STRATEGIC INCOME OPPORTUNITIES FUND CLASS 1 | B | Int./Div. | L | T | | | | | |
| 104. -LOOMIS SAYLES STRATEGIC INCOME FUND CLASS Y | A | Int./Div. | | | Redeemed | 03/31/19 | J | A | |
| 105. -LORD ABBETT BOND DEBENTURE FUND CLASS F | B | Int./Div. | K | T | | | | | |
| 106. -METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS 1 | B | Int./Div. | K | T | | | | | |
| 107. -PIMCO TOTAL RETURN FUND CLASS 12 | B | Int./Div. | K | T | | | | | |
| 108. -PIONEER STRATEGIC INCOME Y | A | Int./Div. | | | Redeemed | 03/31/19 | J | A | |
| 109. -VOYA INTERMEDIATE BOND FUND CLASS 1 | B | Int./Div. | L | T | | | | | |
| 110. MERRILL LYNCH-RAMIREZ WEALTH MANAGEMENT | | | | | | | | | |
| 111. -CASH/MONEY ACCOUNTS - BANK OF AMERICA | A | Interest | J | T | | | | | |
| 112. -GNA P001381M | A | Interest | J | T | | | | | |
| 113. -GNM P0014893M | A | Interest | J | T | | | | | |
| 114. UBS FINANCIAL SERVICES INC ACCOUNT | | | | | | | | | |
| 115. -UBS BANK USA DEP ACCT/MMF YIELD | A | Interest | N | T | | | | | |
| 116. -ISHARES RUSSELL 2000 ETF | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 117.  -ISHARES RUSSELL 1000 VALUE ETF | A | Interest | K | T | | | | | |
| 118.  -ISHARES RUSSELL 1000 GROWTH ETF | A | Interest | K | T | | | | | |
| 119.  -ISHARES CORE MSCI EAFE ETF | A | Interest | J | T | | | | | |
| 120.  -GREAT WSTN BK SD US MAT 02/26/2019 | B | Interest | | | Matured | 02/26/19 | L | A | |
| 121.  -INVESTORS BK SHORT NJ US MAT 05/14/2019 | A | Interest | | | Matured | 05/14/19 | L | A | |
| 122.  -NORTH AMER BKG CO MN US MAT 09/13/2019 | B | Interest | | | Matured | 09/13/19 | L | A | |
| 123.  -ISHARES BONDS DEC 2020 TERM CORPORATE ETF | B | Interest | K | T | | | | | |
| 124.  -ISHARES IBONDS DEC 2019 TERM CORPORATE ETF | A | Interest | | | Sold | 12/19/19 | K | A | |
| 125.  -JPMORGAN CHASE BANK NA BAR-MLCD SPX | B | Interest | L | T | | | | | |
| 126.  -DOUBLELINE STRATEGIC COMMODITY FUND CLASS 1 | A | Interest | | | Sold | 03/13/19 | K | A | |
| 127.  -UBS SELECT GOVERNMANT INVESTOR FUND | A | Interest | K | T | Buy | 07/01/19 | K | | |
| 128.  -VALLEY NATL BANK CERT OF DEPOSIT MAT 01/02/2020 | A | Interest | K | T | Buy | 11/19/19 | K | | |
| 129.  -FLUSHING BANK NY US CERT OF DEPOSIT MAT 01/06/2020 | A | Interest | K | T | Buy | 11/19/19 | K | | |
| 130.  -MEDALLION BK UT US CERT OF DEPOSIT MAT 01/10/2020 | A | Interest | K | T | Buy | 11/19/19 | K | | |
| 131.  -HOMESTREET BANK WA US CERT OF DEPOSIT MAT 01/16/2020 | A | Interest | K | T | Buy | 11/19/19 | K | | |
| 132.  -TCF NATIONAL BANK SD US CERT OF DEPOSIT MAT 01/16/2020 | A | Interest | K | T | Buy | 11/19/19 | K | | |
| 133.  -TRISTATE CAP BK PA US CERT OF DEPOSIT MAT 01/22/2020 | A | Interest | K | T | Buy | 11/19/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RAGGI, REENA** | 05/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINES 110-113 REPRESENTS A 1/3 OWNERSHIP IN ACCOUNT.

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/05/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ REENA RAGGI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544